# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2014-0538, <u>Sharon D. Wessel & a. v. Marion Grimes & a.</u>, the court on March 13, 2015, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The defendants, Marion C. Grimes and Pamela L. Bergeron, appeal the order of the Superior Court (<u>Kissinger</u>, J.) granting summary judgment in favor of the plaintiffs, Sharon Wessel, Christine Guerin, Thomas Chase, and David Chase, on their petition to quiet title. The defendants argue that the trial court erred in ruling that: (1) the right of first refusal contained in the deed to the plaintiffs' predecessors is a restrictive covenant that does not run with the land; and (2) the absence of words of inheritance is relevant in determining the parties' intent.

As the appealing parties, the defendants have the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the defendants' challenges to it, the relevant law, and the record submitted on appeal, we conclude that the defendants have not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,**
**Clerk**